IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:13-CR-139 |
| ) | |
| DIANE L. GREGORY ) | |

## **MEMORANDUM AND ORDER**

This criminal case is before the court on the defendant's second motion for a continuance of her trial date [doc. 15]. Defense counsel requests a ninety-day continuance in order to "complete the investigation into the facts and circumstances of this matter and . . . fully advise the Defendant of the best possible resolution for her case." Defense counsel reports that the defendant is currently undergoing treatment for serious illness, thereby impacting trial preparation. The prosecuting attorney has informed the undersigned's chambers that he does not oppose the requested continuance.

The court finds that the ends of justice served by granting the defendant's motion outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). In light of the reasoning set forth by the defendant, the court finds that the failure to grant the motion would deny the defense reasonable time necessary for effective preparation. 18 U.S.C. § 3161(h)(7)(B)(iv). The motion requires a delay in the proceedings. Therefore, all the time from the filing of the motion to the new trial date is excludable as provided by the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A).

It is hereby **ORDERED** that the defendant's motion [doc. 15] is **GRANTED**, and this criminal case is **CONTINUED** from March 18, 2014, to Tuesday, **June 17, 2014, at 9:00 a.m.** The new plea cutoff date is June 3, 2014.

ENTER:

     s/ Leon Jordan
United States District Judge

2